DEAN S. KRISTY (CSB No. 157646)
dkristy@fenwick.com
FIONA Y. TANG (CSB No. 298101)
ftang@fenwick.com
JUSTIN A. STACY (CSB No. 339376)
jstacy@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone:    415.875.2300
Facsimile:     415.281.1350

FELIX S. LEE (CSB No. 197084)
flee@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Telephone:    650.988.8500
Facsimile:     650.938.5200

Attorneys for Defendants
ANDY MACMILLAN and USERTESTING, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENNA DICKERSON, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ANDY MACMILLAN and USERTESTING, INC.,<br><br>Defendants. | Case No.: 3:23-cv-01320-AMO<br><br>**DEFENDANTS' APPENDIX SUMMARIZING BASES FOR CHALLENGING THE ALLEGED FALSE OR MISLEADING STATEMENTS IN THE SECOND AMENDED COMPLAINT**<br><br>Date:          December 19, 2024<br>Time:         2:00 PM<br>Courtroom: 10, 19th Floor<br>Judge:       Hon. Araceli Martínez-Olguín<br>Trial Date: None set |

Defendant's Appendix Summarizing Bases For Challenging Alleged False or Misleading Statements in second Amended Complaint

Case No.: 3:23-cv-01320-AMO

**Defendants' Appendix Summarizing Bases for Challenging the
Alleged False or Misleading Statements in the Second Amended Complaint**

| Statement No. | SAC ¶ | The Speaker(s), Date(s), and Medium | False and Misleading Statements | Not Well-Pleaded | Safe Harbor | Opinion | Puffery |
|---|---|---|---|---|---|---|---|
| 1 | ¶¶ 4-5, 56-58, 85-87; Proxy internal page 35/ PDF page 44 of 111 | UserTesting and Andy MacMillan (¶¶ 3, 9, 90, 114, 116) When: Dec. 6, 2022 (¶ 3) Medium: Proxy filed with SEC & mailed to shareholders (¶ 3) | That UserTesting's "anticipated [third quarter] results included revenue and calculated billings...that were lower than those anticipated by Wall Street analysts, Thoma Bravo and the September Financial Forecast." | ✓ | | | |
| 2 | ¶ 6; Proxy internal page 38 /PDF page 47 of 111 | Same as above | "[the October Financial Forecast] that reflected the potential impact of our financial results for the third quarter ended September 30, 2022 on future periods, and which reflected reduced levels of revenue, gross margin, EBITDA and unlevered free cash flow as compared to the September Financial Forecast as a result of our revenue and billing results for the third quarter and estimates for the fourth quarter and trends in our end markets that we observed subsequent to our preparation of the September 21 forecast." | ✓ | ✓ | | |

1