DEAN S. KRISTY (CSB No. 157646)
dkristy@fenwick.com
FIONA Y. TANG (CSB No. 298101)
ftang@fenwick.com
JUSTIN A. STACY (CSB No. 339376)
jstacy@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300
Facsimile: 415.281.1350

FELIX S. LEE (CSB No. 197084)
flee@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Telephone: 650.988.8500
Facsimile: 650.938.5200

Attorneys for Defendants
ANDY MACMILLAN and USERTESTING, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENNA DICKERSON, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ANDY MACMILLAN and USERTESTING, INC.,<br><br>Defendants. | Case No.: 3:23-cv-01320-AMO<br><br>**DECLARATION OF FELIX S. LEE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS SECOND AMENDED CLASS ACTION COMPLAINT**<br><br>Date: December 19, 2024<br>Time: 2:00 p.m.<br>Courtroom: 10, 19th Floor<br>Judge: Hon. Araceli Martínez-Olguín<br>Trial Date: None set |

I, Felix S. Lee, declare:

1. I am a member of the bar of this Court, and a partner at Fenwick & West LLP, counsel for defendants Andy MacMillan and UserTesting, Inc. ("UserTesting" or the "Company"). I submit this declaration in support of Defendants' Motion to Dismiss Second Amended Class Action Complaint.

2. Attached as **Exhibit 1** are excerpts taken from a true and correct copy of UserTesting's Definitive Proxy Statement, filed by the Company with the Securities Exchange Commission ("SEC") on December 6, 2022.

3. Attached as **Exhibit 2** is a true and correct copy of UserTesting's Supplemental Proxy Statement, filed by the Company with the SEC on December 28, 2022.

4. Attached as **Exhibit 3** is a true and correct copy of UserTesting's February 28, 2022, quarterly and full year earnings release entitled "UserTesting Reports Fourth Quarter and Full Year 2021 Financial Results," which was filed with the SEC on that same date as an exhibit to Form 8-K.

5. Attached as **Exhibit 4** is a true and correct copy of UserTesting's May 4, 2022, quarterly earnings release entitled "UserTesting Reports First Quarter 2022 Financial Results," which was filed with the SEC on that same date as an exhibit to Form 8-K.

6. Attached as **Exhibit 5** is a true and correct copy of UserTesting's August 4, 2022, quarterly earnings release entitled "UserTesting Reports Second Quarter 2022 Financial Results," which was filed with the SEC on that same date as an exhibit to Form 8-K.

7. Attached as **Exhibit 6** is a true and correct copy of UserTesting's October 27, 2022, quarterly earnings release entitled "UserTesting Reports Third Quarter 2022 Financial Results," which was filed with the SEC on that same date as an exhibit to Form 8-K.

8. Attached as **Exhibit 7** is a true and correct copy of a document entitled "Long Term Financial Plan: 2023-2025," dated September 1, 2022, as produced by UserTesting to plaintiff in response to an inspection demand made by plaintiff under 8 *Del. C.* § 220 ("Section 220 demand").

9. Attached as **Exhibit 8** is a true and correct copy of a PowerPoint presentation entitled "Board Presentation," dated September 10, 2022, as produced by UserTesting to plaintiff in response to plaintiff's Section 220 demand.

10. Attached as **Exhibit 9** is a true and correct copy of a PowerPoint presentation entitled "Valuation Materials Underlying Fairness Opinion," dated October 26, 2022, as produced by UserTesting to plaintiff in response to plaintiff's Section 220 demand.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed November 7, 2024 in Mountain View, California.

/s/ Felix S. Lee
Felix S. Lee

DECL OF FELIX LEE ISO DEFENDANTS' MOTION TO DISMISS SECOND AMENDED CLASS ACTION COMPLAINT              2              Case No.: 3:23-cv-01320-AMO