```
1   DEAN S. KRISTY (CSB No. 157646)
    dkristy@fenwick.com
2   FIONA Y. TANG (CSB No. 298101)
    ftang@fenwick.com
3   JUSTIN A. STACY (CSB No. 339376)
    jstacy@fenwick.com
4   FENWICK & WEST LLP
    555 California Street, 12th Floor
5   San Francisco, CA  94104
    Telephone:    415.875.2300
6   Facsimile:    415.281.1350

7   FELIX S. LEE (CSB No. 197084)
    flee@fenwick.com
8   FENWICK & WEST LLP
    801 California Street
9   Mountain View, CA  94041
    Telephone:    650.988.8500
10  Facsimile:    650.938.5200

11  Attorneys for Defendants
    ANDY MACMILLAN and USERTESTING, INC.
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENNA DICKERSON, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ANDY MACMILLAN and USERTESTING, INC.,<br><br>Defendants. | Case No.: 3:23-cv-01320-AMO<br><br>**DEFENDANTS' NOTICE CONTINUING HEARING DATE ON MOTION TO DISMISS SECOND AMENDED CLASS ACTION COMPLAINT**<br><br>Previous Date:  December 19, 2024<br>New Date:       February 27, 2025<br>Time:           2:00 p.m.<br>Courtroom:      10, 19th Floor<br>Judge:          Hon. Araceli Martínez-Olguín<br>Trial Date:     None set |

     Pursuant to Civil Local Rule 7-7 Defendants Andy MacMillan and UserTesting, Inc. ("UserTesting" or the "Company") (collectively "defendants") hereby file this notice requesting that the Court continue the hearing date on Defendants' Motion to Dismiss the Second Amended Class Action Complaint (the "Motion") (Dkt. No. 71) from December 19, 2024 to February 27, 2025 at 2:00 p.m. Plaintiff's counsel have indicated that they are available and have agreed on the proposed hearing date. The requested continuance is necessary in light of the Court's entry of a stipulated scheduling order (Dkt. No. 73) whereby the parties' briefing on the Motion will not be completed until January 13, 2025, after the currently noticed hearing date. The hearing will take place in the courtroom of the Honorable Araceli Martínez-Olguín, San Francisco Courthouse, Courtroom 10 — 19th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102 as previously noticed.

Dated:   November 13, 2024

FENWICK & WEST LLP

By: */s/ Felix S. Lee*
    Felix S. Lee

Attorneys for Defendants
Andy MacMillan and UserTesting, Inc.



IT IS SO ORDERED
Judge Araceli Martínez-Olguín
November 15, 2024