UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BRENNA DICKERSON,

        Plaintiff,

   v.

ANDY MACMILLAN, et al.,

        Defendants.

Case No. 23-cv-01320-AMO

**JUDGMENT**

On May 19, 2025, the Court granted Defendants' motion to dismiss the complaint with prejudice. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS judgment. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: May 19, 2025

A‍RACELI M‍ARTÍNEZ-O‍LGUÍN
**United States District Judge**